Elizabeth C. Pritzker (CA SBN: 146267)
Jonathan K. Levine (CA SBN: 220289)
Bethany Caracuzzo (CA SBN: 190687)
Caroline C. Corbitt (CA SBN: 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
E-mail: ecp@pritzkerlevine.com; jkl@pritzkerlevine.com
         bc@pritzkerlevine.com; ccc@pritzkerlevine.com

Heidi M. Silton (*pro hac vice* forthcoming)
Justin R. Erickson (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: hmsilton@locklaw.com; jrerickson@locklaw.com

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARROLL, DANIEL EGERTER, and BRENDA KEEGAN, and individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:20-cv-07379-SK<br><br>**NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIV. L.R. 3-12, 7-11]** |

-1-
NOTICE OF LODGING OF ADMINSTRATIVE MOTION TO RELATE CASES
Case No.:  3:20-cv-07379-SK

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT:

Pursuant to Civil Local Rules 3-12 and 7-11, on October 22, 2020, Plaintiffs Daniel Carroll, Daniel Egerter, and Brenda Keegan ("Plaintiffs") filed an administrative motion to relate this action to the actions in this District captioned *Epic Games, Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671-JD, the first-filed action, which was filed on October 13, 2020. A copy of Plaintiffs' Administrative Motion to Relate Cases, the Declaration of Elizabeth C. Pritzker in support of the Motion, without Exhibit A (the *Carroll* complaint filed in this action), and Proposed Order are attached as Exhibit A hereto.

Respectfully Submitted,

Dated: October 22, 2020

*Elizabeth C. Pritzker*
Elizabeth C. Pritzker (CA SBN: 146267)
Jonathan K. Levine (CA SBN: 220289)
Bethany Caracuzzo (CA SBN: 190687)
Caroline C. Corbitt (CA SBN: 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
E-mail: ecp@pritzkerlevine.com;
   jkl@pritzkerlevine.com;
   bc@pritzkerlevine.com;
   ccc@pritzkerlevine.com

Heidi M. Silton (*pro hac vice* forthcoming)
Justin R. Erickson (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: hmsilton@locklaw.com
   jrerickson@locklaw.com

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE VIA ECF**

I hereby certify that on October 22, 2020, I caused to be filed electronically a true and correct copy of this Notice of Lodging of Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11 with the Clerk of the Court using the CM/ECF system maintained by the United States District Court for the Northern District of California, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker

-1-
NOTICE OF LODGING OF ADMINSTRATIVE MOTION TO RELATE CASES
Case No.:  3:20-cv-07379-SK