Elizabeth C. Pritzker (CA SBN: 146267)
Bethany Caracuzzo (CA SBN: 190687)
Caroline C. Corbitt (CA SBN: 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
E-mail: ecp@pritzkerlevine.com;
      bc@pritzkerlevine.com;
      ccc@pritzkerlevine.com

Heidi M. Silton (*pro hac vice* forthcoming)
Justin R. Erickson (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: hmsilton@locklaw.com
      jrerickson@locklaw.com

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARROLL, DANIEL EGERTER, and BRENDA KEEGAN, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>          Defendants. | Case No. 20-cv-07379-SK<br><br>**APPLICATION OF HEIDI M. SILTON FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULES 11-3) |

-1-

1  I, Heidi M. Silton, an active member in good standing of the bar of the state of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Daniel Carroll, Daniel Egerter, and Brenda Keegan in the above-entitled action. My local counsel in this case is Elizabeth C. Pritzker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| **MY ADDRESS OF RECORD:** | **LOCAL CO-COUNSEL'S ADDRESS OF RECORD:** |
|---|---|
| **Lockridge Grindal Nauen P.L.L.P.**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401 | **Pritzker Levine LLP**<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608 |
| **MY TELEPHONE # OF RECORD:** | **LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:** |
| (612) 339-6900 | (415) 692-0772 |
| **MY EMAIL ADDRESS OF RECORD:** | **LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:** |
| hmsilton@locklaw.com | ecp@pritzkerlevine.com |

I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 025759X.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application as Exhibit A.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under the penalty of perjury that the foregoing is true and correct.*

Dated: October 29, 2020                              /s/Heidi M. Silton
                                                     Heidi M. Silton

-2-

SILTON PRO HAC VICE APPLICATION
Case No.:  20-cv-07379-SK