# EXHIBIT A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____ Kate M. Fogarty _____ , Clerk of this Court,

certify that _____ Heidi M Silton _____ , Bar # _____ 25759X _____ ,

was duly admitted to practice in this Court on _____ 06/07/1996 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ St. Paul, MN _____ on _____ 10/29/2020 _____
*(Location)* *(Date)*

Kate M. Fogarty
*CLERK*

*DEPUTY CLERK*