# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARROLL, DANIEL EGERTER, and BRENDA KEEGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 20-cv-07379-SK<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF HEIDI M. SILTON FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULES 11-3) |

**IT IS HEREBY ORDERED THAT** the application of Heidi M. Silton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designed in the application will constitute notice to the party

Dated: October __, 2020

_____
THE HONORABLE SALLIE KIM
MAGISTRATE JUDGE