# EXHIBIT A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____Kate M. Fogarty_____, Clerk of this Court,

certify that _____Justin Erickson_____, Bar # _____395352_____,

was duly admitted to practice in this Court on _____03/04/2016_____, and is in good standing as a member

of the Bar of this Court.

Dated at _____St. Paul, MN_____ on _____10/29/2020_____
*(Location)*                                        *(Date)*

Kate M. Fogarty
*CLERK*

*DEPUTY CLERK*