# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL CARROLL, DANIEL EGERTER, and BRENDA KEEGAN, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,

      Defendants.

Case No. 20-cv-07379-SK

**[PROPOSED] ORDER GRANTING APPLICATION OF JUSTIN R. ERICKSON FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULES 11-3)

**IT IS HEREBY ORDERED THAT** the application of Justin R. Erickson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designed in the application will constitute notice to the party.

Dated: October __, 2020

                 THE HONORABLE SALLIE KIM
                 MAGISTRATE JUDGE