Alison E. Chase (SBN 226976)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
achase@kellerrohrback.com

Laura Gerber, *Pro Hac Vice forthcoming*
Matthew Gerend, *Pro Hac Vice forthcoming*
Karin Swope, *Pro Hac Vice forthcoming*
Garrett Heilman, *Pro Hac Vice forthcoming*
KELLER ROHRBACK L.L.P.
1201 Third, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
lgerber@kellerrohrback.com
mgerend@kellerrohrback.com
kswope@kellerrohrback.com
gheilman@kellerrohrback.com

*Attorneys for Plaintiff Jared Stark*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL CARROLL, DANIEL EGERTER, and BRENDA KEEGAN, and individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC; et al.,

Defendants.

No. 3:20-cv-07379-JD

PLAINTIFF'S NOTICE OF FILING

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 24, 2020, Jared Stark, Plaintiff in the matter of *Stark. v. Google LLC et al.*, No. 5:20-cv-8309 filed an Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion") in *In re Google Play Consumer Antitrust Litigation* , No. 3:20-cv-05761 at ECF No. 84. A true and correct copy of Plaintiff's Administrative Motion is attached hereto as **Exhibit A**.

DATED this 25th day of November, 2020.

KELLER ROHRBACK L.L.P.

By */s/ Alison Chase*

Alison Chase (SBN 226976)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Achase@kellerrohrback.com

Laura R. Gerber *Pro Hac Vice forthcoming*
Matthew M. Gerend *Pro Hac Vice forthcoming*
Karin B. Swope *Pro Hac Vice forthcoming*
Garrett Heilman *Pro Hac Vice forthcoming*
1201 Third, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
Lgerber@kellerrohrback.com
Mgerend@kellerrohrback.com
Kswope@kellerrohrback.com
Gheilman@kellerrohrback.com

***Attorneys for Plaintiff Jared Stark***