| | |
|---|---|
| Alison E. Chase (SBN 226976) | Laura Gerber, *Pro Hac Vice forthcoming* |
| KELLER ROHRBACK L.L.P. | Matthew Gerend, *Pro Hac Vice forthcoming* |
| 801 Garden Street, Suite 301 | Karin Swope, *Pro Hac Vice forthcoming* |
| Santa Barbara, CA 93101 | Garrett Heilman, *Pro Hac Vice forthcoming* |
| (805) 456-1496, Fax (805) 456-1497 | KELLER ROHRBACK L.L.P. |
| achase@kellerrohrback.com | 1201 Third, Suite 3200 |
| | Seattle, WA 98101 |
| | Telephone: (206) 623-1900 |
| | Fax: (206) 623-3384 |
| | lgerber@kellerrohrback.com |
| | mgerend@kellerrohrback.com |
| | kswope@kellerrohrback.com |
| | gheilman@kellerrohrback.com |

*Attorneys for Plaintiff Jared Stark*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | No. 3:20:CV-05761 JD |
| *Related Actions: Epic Games, Inc. v. Google, LLC; 3:20-CV05671-JD In re Google Play Developer Antitrust Litigation, 3:20-CV-5792-JD* | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

Pursuant to Civil Local Rule 3-12, Plaintiff Jared Stark respectfully moves this Court to consider whether his recently filed case, *Stark. v. Google LLC et al.*, No. 5:20-cv-8309. (filed Nov. 24, 2020) ("*Stark*"), should be related to *In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-05761-JD, the lowest-numbered, related case. *See also* Order on Consolidation, ECF No. 78 in Case No. 20-05761.

### I. RELEVANT BACKGROUND

On August 16, 2020, Mary Carr filed an antitrust action against Google alleging that Google's unlawful monopolization of and exclusionary conduct in the market in which Android apps are distributed enables Google to impose a supra-competitive 30% fee on apps purchased from the Google Play store. Additional class actions on behalf of consumers were filed, as noted in the following table:

| Case Name | Date filed | Class |
|---|---|---|
| 1. *Carr v. Google LLC et al.*, No. 3:20-cv-05761-JD ("*Carr*") | Aug. 16, 2020 | Consumer |
| 2. *Bentley et al. v. Google LLC et al.*, No. 4:20-cv- 07079-DMR ("*Bentley*") | Oct. 9, 2020 | Consumer |
| 3. *McNamara. v. Google LLC et al.*, No. 3:20-cv-07361- JCS ("*McNamara*") | Oct. 20, 2020 | Consumer |
| 4. *Herrara. v. Google LLC et al.*, No. 3:20-cv-07365- JD ("*Herrara*") | Oct. 20, 2020 | Consumer |
| 5. *Carroll. v. Google LLC*, No. 3:20-cv-07379- JD ("*Carroll*") | Oct. 21, 2020 | Consumer |
| 6. *Roberts. v. Google LLC et al.*, No. 3:20-cv-07824- RS ("*Roberts*") | Nov. 5, 2020 | Consumer |
| 7. *Gamble. v. Google LLC et al.*, No. 3:20-cv-07984- JD ("*Gamble*") | Nov. 12, 2020 | Consumer |

This Court Ordered the *Carr*, *Bentley, McNamara, Herrera, Carroll,* and *Gamble* class actions consolidated into *Google Play Consumer Antitrust Litigation* on November 20, 2020. *See* Order Re Consolidation, ECF No. 78. *Roberts* was filed in this district on November 5, 2020 and has not yet been related to or consolidated with *Google Play Consumer Antitrust Litigation*.

At an Initial Case Management Conference held on October 8, 2020, this Court noted that "[c]onsolidation for all pre-trial and trial purposes is limited to *Carr*, 20-5761, and *Pure Sweat*, 20-5792, as well as *Peekya Services*, 20-6772, which is related without opposition. Plaintiffs in those cases will file a consolidated amended complaint by October 21, 2020." *See* Civil Minutes of Initial Case Management Proceedings, ECF No. 66 (Oct. 9, 2020). On November 23, 2020,

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED PURSUANT TO L.R. 3-12      2

the Court ordered the consumer plaintiffs to file a consolidated complaint by December 28, 2020. Order, ECF No. 80.

## II. LEGAL STANDARD FOR RELATING CASES

"Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b). Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

## III. THE ACTIONS SHOULD BE RELATED

The *Stark* action involves substantially the same subject matter as, and overlapping defendants in, the *Carr*, *Bentley, McNamara, Herrera, Carroll, Gamble* and *Roberts* cases. Each complaint is brought on behalf of one or more plaintiff consumers; names Google LLC as a defendant; challenges Google's conduct with regard to the Google Play store; and alleges that Google engaged in unlawful monopolization and restraints of trade, in violation of federal antitrust law.

Plaintiffs in the consumer cases (*Carr, Bentley, McNamara, Herrera, Carroll, Gamble* and *Roberts*) likely will seek the same or similar discovery from the Google entities and non-parties, and Google likely will proffer common factual and legal defenses and expert witnesses in each of the cases, thus rendering separate actions before different courts unduly duplicative, burdensome, and likely to result in conflicting results.

## IV. CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Court order the *Stark* case related to *In re Google Play Consumer Antitrust Litigation,* No. 3:20-cv-05761-JD, the lowest-numbered case in the consolidated consumer complaints.

DATED this 24th day of November, 2020.

          KELLER ROHRBACK L.L.P.

By */s/ Alison Chase*
Alison Chase (SBN 226976)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Achase@kellerrohrback.com

Laura R. Gerber *Pro Hac Vice forthcoming*
Matthew M. Gerend *Pro Hac Vice forthcoming*
Karin B. Swope *Pro Hac Vice forthcoming*
Garrett Heilman *Pro Hac Vice forthcoming*
1201 Third, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
Lgerber@kellerrohrback.com
Mgerend@kellerrohrback.com
Kswope@kellerrohrback.com
Gheilman@kellerrohrback.com

*Attorneys for Plaintiff Jared Stark*