Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Carroll, Daniel Egerter, and Brenda Keegan, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>Google LLC; Google Ireland Limited; Google Commerce Limited; Google Asia Pacific PTE. Limited; and Google Payment Corp.,<br><br>Defendant(s). | Case No: 20-cv-07379-SK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Heidi M. Silton**, an active member in good standing of the bar of **the State of Minnesota**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Daniel Carroll, Daniel Egerter, and Brenda Keegan** in the above-entitled action. My local co-counsel in this case is **Elizabeth C. Pritzker**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401 | Pritzker Levine LLP<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608 |
| MY TELEPHONE # OF RECORD:<br>(612) 339-6900 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 692-0772 |
| MY EMAIL ADDRESS OF RECORD:<br>hmsilton@locklaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ecp@pritzkerlevine.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **025759X**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/8/2020

Heidi M. Silton
APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Heidi M. Silton** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/5/2021

UNITED STATES DISTRICT JUDGE